UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HENRYK SZABELSKI,

                    Plaintiff,                    JUDGMENT

    v.                                                     22-CV-6590 (MKB)

AM&G WATERPROOFING, LLC,
MIKE RIVERA, WILLIAM RIVERA,
and JOHN DOES 1–10,

                    Defendants.
---------------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 25, 2024, granting Defendants' motion; dismissing Plaintiff's FLSA minimum wage claim for failure to state a claim with prejudice, *See, e.g., Lundy v. Cath. Health Sys. of Long Island*, 711 F.3d 106, 111 (2d Cir. 2013); declining to exercise supplemental jurisdiction; and dismissing Plaintiff's state breach of contract, third-party beneficiary, and NYLL minimum wage, wage notice, and wage statement claims without prejudice; it is

        ORDERED and ADJUDGED that Defendants' motion is granted; that Plaintiff's FLSA minimum wage claim is dismissed for failure to state a claim with prejudice, *See, e.g., Lundy v. Cath. Health Sys. of Long Island*, 711 F.3d 106, 111 (2d Cir. 2013); that the Court declines to exercise supplemental jurisdiction; and that Plaintiff's state breach of contract, third-party beneficiary, and NYLL minimum wage, wage notice, and wage statement claims are dismissed without prejudice.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       March 26, 2024                                       Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk